# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL EZEKIAL ISIAH MILLER,<br><br>    Plaintiff,<br><br>  v.<br><br>REYES, et al.,<br><br>    Defendants. | No. 1:23-cv-00450-JLT-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO EXHAUST<br><br>(Doc. 15) |

Plaintiff Jamal Ezekial Isiah Miller is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed for Plaintiff's failure to exhaust administrative remedies prior to filing suit as required by the Prison Litigation Reform Act and for failure to prosecute. (Doc. 15.) Plaintiff did not file objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis. Accordingly, the Court ORDERS:

    1.    The findings and recommendations issued on June 12, 2023 (Doc. 15) are

**ADOPTED IN FULL**.

2. This action is **DISMISSED** for failure to exhaust administrative remedies and failure to prosecute.

3. The Clerk of the Court is **DIRECTED** to terminate all pending motions and to close this case.

IT IS SO ORDERED.

Dated:   **July 19, 2023**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE

2